**PAPYRUS TECHNOLOGY CORP.,**
**Plaintiff–Appellant,**

v.

**NEW YORK STOCK EXCHANGE,**
**LLC, Defendant–Appellee.**

No. 2010–1166.

United States Court of Appeals,
Federal Circuit.

Oct. 7, 2010.

Steven M. Amundson, Frommer Lawrence & Haug LLP, of New York, NY, argued for plaintiff-appellant. With him on the brief were Edgar H. Haug, Stephen J. Lieb and Vicki M. Franks.

Michael M. Murray, Milbank, Tweed, Hadley & McCloy LLP, of New York, NY, argued for defendant-appellee. With him on the brief were Christopher J. Gaspar, Jeffrey Lesovitz and Blake E. Reese. Of counsel on the brief were James H. Shalek, Nolan M. Goldberg and Alan Federbush, Proskauer Rose LLP, of New York, NY.

GAJARSA, LINN, and Prost, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**